[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 98-1069

 IN RE: YAMIL H. KOURI-PEREZ,

 Petitioner.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Jose Antonio Fuste, U.S. District Judge] 

 

 Before

 Boudin, Stahl and Lynch,
 Circuit Judges. 

 

Benny Frankie Cerezo and Joaquin Monserrate-Matienzo on Petition 
for Writ of Mandamus for petitioner.

 

 February 3, 1998
 

 Per Curiam. Assuming, without deciding, that an order 

denying change of venue would be subject to mandamus review,

see In re Balsimo, 68 F.3d 185, 186 (7th Cir. 1995), there is 

no reason to grant the writ here. 

 Contrary to petitioner's argument, a fair reading of the

order indicates that the district court considered the proper

factors in determining the extent to which the community had

been saturated by inflammatory pre-trial publicity about the

case. See United States v. Rodriguez-Cardona, 924 F.2d 1148, 

1158 (1st Cir. 1991). The district court's legal analysis,

findings, and conclusions in that regard reveal no error. 

 Specifically, we perceive no error in the district

court's focus on petitioner's opinion poll, which apparently

indicated that less than twenty percent of the community had

been biased to any degree by the pre-trial publicity. In the

context of this mandamus review, we cannot say that the

district court was required to focus any greater attention on

any other aspect of the evidence or argument presented to it.

 The petition for writ of mandamus is denied. 

 -2-